# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              NO.  4:05CR00035-001  SWW

DEANGELO SINGLETARY


## ORDER

The above entitled cause came on for hearing on the government's motion to revoke the supervised release previously granted this defendant in the Eastern District of Arkansas. After evidence presented and statements on the record, the Court found that defendant's supervised release should not be revoked at this time but his term of supervised release should be extended.

IT IS THEREFORE ORDERED that the government's motion to revoke defendant's term of supervised release [doc #109] be, and it hereby is, ***denied***.

IT IS FURTHER ORDERED that defendant's term of supervised release hereby is extended for ONE (1) YEAR beyond the current scheduled termination date. Further, the Court admonishes defendant as follows:

   1. If defendant fails to appear for a drug test, the Court will infer that he has been in possession of or has ingested an illegal substance.

   2. Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant  shall abstain from the use of alcohol throughout the course of any treatment.

   3. Defendant shall maintain or be actively seeking employment.

Defendant shall remain subject to all terms and conditions of supervised release as previously imposed in this matter.

IT IS SO ORDERED this 6th day of October 2009.

                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE